# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEPHEN TABERSKI,

        Plaintiff,

v.

MACOMB COUNTY, MR./MRS. POMILIA, MR.MRS.MITRAK, MARIANNE RUSH, TIM CHVRIER, OFFICER(S) JOHN/JANE DOE(S), against each officer in their individual and official capacities,

        Defendants.
_____ /

Case Number: 05-71850

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

The Court held a motion hearing on October 4, 2006. Plaintiff's Taberski, appearing at his counsel's Motion to Withdraw, requested that the Court dismiss his Complaint. Having considered Plaintiff's request, the Court DISMISSES Plaintiff's Complaint without prejudice.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: October 4, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 4, 2006.

        s/Denise Goodine
        Case Manager